## Esther A. Bryk, Appellant, v. John A. Bryk, Appellee.
### Gen. No. 44,513.

opinion filed June 20, 1949; released for publication July 18, 1949. R. W. Scherman, for appellant; Blech & Herson, for appellee. Opinion by JUSTICE TUOHY. Not to be published in full.